UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER WILLIAMS,<br><br>                    Petitioner,<br><br>          vs.<br><br>KEVIN CHAPPELL, as Acting Warden of California State Prison at San Quentin,<br><br>                    Respondent. | Case No. 1:12-cv-1344 LJO<br><br>DEATH PENALTY CASE<br><br>ORDER APPOINTING COUNSEL AND INITIATING CASE MANAGEMENT PROCEDURES |

This matter is before the Court on the request of Petitioner Dexter Williams ("Williams") for appointment of counsel and the ensuing recommendation of the Selection Board for the Eastern District of California regarding his request. The Selection Board has recommended representation for Williams by CJA panel attorneys Saor E. Stetler and Richard G. Novak. The Court adopts this recommendation

Counsel for the parties (including for Respondent Kevin Chappell, as Acting Warden of San Quentin State Prison) shall familiarize themselves with Local Rule 191 of the United States District Court for the Eastern District of California and the Fresno Attorney Guide to Case Management and Budgeting in Capital Habeas Cases (hereafter the "Attorney Guide"), both of which are posted on the Court's web-page. Both parties are asked to complete the Confidential Case Evaluation Form (Appendix B to the Attorney Guide). *See* Attorney Guide, ¶44. The Court will maintain each Confidential Case Evaluation Form under seal, unless the party filing the Form elects to file it publicly. The Case Evaluation Forms shall be filed by October 1, 2012.

Messrs. Stetler and Novak each are directed to submit a rate justification worksheet (Appendix A to the Attorney Guide) and jointly prepare a case management plan and budget for Phase I of the

1 litigation. The proposed case management plan and budget shall be filed under seal by no later than 4:00
2 p.m. on October 15, 2012 and supported by properly subscribed declarations. *See* Attorney Guide, ¶ 8.
3 The respective rate justification worksheets shall be submitted as soon as possible, but, in no event later
4 than 4:00 p.m. on October 15, 2012. Messrs. Stetler and Novak are authorized to make arrangements
5 to visit Williams at San Quentin State Prison and commence obtaining and reviewing the record. Their
6 time expended on these endeavors shall be included in the Phase I budget.

7       The Court will conduct a telephonic case management and budget conference at 8:30 a.m. on
8 October, 26, 2012 with counsel for Williams initiating the call. All counsel shall participate in the case
9 management portion of the call. Counsel shall be prepared to discuss the statute of limitations, a
10 timetable for the filing of the petition, and a protective petition, if necessary, the time necessary to
11 assemble the record, and a date for the Warden to lodge the state record. Counsel for the Warden will
12 then be excused so that confidential matters pertaining to a proposed budget for Phase I can be resolved.

14 IT IS SO ORDERED.

16 Dated:    September 12, 2012

17                                                    /s/ Lawrence J. O'Neill
                                                  Lawrence J. O'Neill
                                        United States District Judge