1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8

DEXTER WILLIAMS                        )   Case No. 1:12-cv-01344 LJO
9                                      )
                    Petitioner,        )   DEATH PENALTY CASE
10                                     )
         v.                            )   ORDER GRANTING APPLICATIONTO
11                                     )   PROCEED *IN FORMA PAUPERIS*
KEVIN CHAPPELL, as Acting Warden of    )
12  California State Prison at San Quentin, )
                                       )
13                  Respondent.        )
                                       )
14  _____ )

15          On August 21, 2012, the Court provisionally granted Petitioner Dexter Williams ("Williams") *in forma*

16  *pauperis* status, pending receipt of a certificate from the Warden of San Quentin State Prison as to the amount

17  of monies or securities Williams has on deposit in his inmate account.

18          The required statement was filed by Williams appointed counsel on October 30, 2012.  The statement

19  shows Williams has $0.00 in his account and that there is a pending restitution debt of $4,234.80.  The Court

20  finds Williams has satisfied the requirements of Rule 3(a) of the Rules Governing § 2254 Cases and 28 U.S.C.

21  § 1915 for *pauperis* status.  The application to proceed *in forma pauperis* IS GRANTED.

22

23  IT IS SO ORDERED.

24

25  Dated:    November 7, 2012

26                                          /s/ Lawrence J. O'Neill
                                          Lawrence J. O'Neill
27                                        United States District Judge

28

OGrantPauperisStatus.DWill.wpd