UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>KEVIN CHAPPELL, as Acting Warden of at San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:12-cv-1344 LJO<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR ENLARGEMENT OF TIME TO LODGE STATE RECORD |

　　　　This matter is before the Court on the application of Respondent Kevin Chappell, as Acting Warden of San Quentin State Prison (the "Warden"), for an order enlarging the time by twelve days for lodging the state record (from November 26, 2012 to December 7, 2012). The application is supported by the declaration of Deputy Attorney General Clifford E. Zall.

　　　　The November 26, 2012 due date was established during a telephonic case management conference for Phase I of the litigation conducted on October 26, 2012. The conference included the participation of Mr. Zall as well as counsel for Petitioner Dexter Williams ("Williams"). The order memorializing these proceedings not only established a due date for the Warden's lodgement of the state record, it confirmed the expiration of the statute of limitations as August 8, 2013, fixed November 30, 2012 as the last day of Phase I, set a hearing for the Phase II case management conference on December 12, 2012, and ordered counsel for Williams to file, under seal, a Phase II case management plan and budget by December 5, 2012. Access to the Warden's notice of lodging will inform tasks that may be necessary for Williams' litigation team to perform in Phase II of the litigation, especially if Williams determines that the list documents referenced in the anticipated notice of lodging is incomplete.

In Mr. Zall's supporting declaration, he cites work he has had to perform in the last 30 days on "a time-sensitive political investigation," the fact that he just returned from a pre-planned family vacation, and that staff at the Office of the Attorney General is sparse this week (that is, Thanksgiving week).  The Court is not persuaded that these circumstances warrant the twelve extra days requested.

In light of the present holiday week and the fact that Mr. Zall is not in a position to lodge the record on November 26, 2012, the Court will grant a one-week extension, up to and including December 3, 2012 before the close of business.  In granting the additional seven days, the Court is mindful that Williams' litigation team will need access to the notice of lodging to formulate at least part of the Phase II case management plan and budget.

IT IS SO ORDERED.

Dated:     November 21, 2012

                                                  /s/ Lawrence J. O'Neill
                                                  Lawrence J. O'Neill
                                                  United States District Judge