UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER WILLIAMS,<br><br>        Petitioner,<br>vs.<br><br>KEVIN CHAPPELL, as Acting Warden of at San Quentin State Prison,<br><br>        Respondent. | Case No. 1:12-cv-1344 LJO<br><br>DEATH PENALTY CASE<br><br>ORDER FOLLOWING PHASE II CASE MANAGEMENT CONFERENCE<br><br>DATE:    December 14, 2012<br>TIME:    8:00 a.m. |

This matter came on for a Phase II Case Management Conference ("CMC") on December 14, 2012 at 8:00 a.m. in the above reference Court, the Honorable Lawrence J. O'Neill presiding. Petitioner Dexter Williams ("Williams") was represented by his appointed CJA attorneys Saor E. Stetler and Richard G. Novak. Respondent Kevin Chappell, as Acting Warden of San Quentin State Prison (the "Warden") was represented by Clifford E. Zall. All counsel appeared telephonically.

Williams advised the Court he intends to file an exhaustion petition in state court concurrently with the filing of the federal petition. His federal petition is due on or before August 8, 2013, the date the statute of limitations expires. Based on experience with exhaustion petitions before the California Supreme Court, the exhaustion process could last as long as five years. The projected duration of Phase II, which will include the filing of the Warden's answer and Williams' traverse, as well as the resolution of exhaustion and any statute of limitations issues, is six years. Should the state court resolve the exhaustion petition in less time, the Phase II duration will be adjusted accordingly.

As there was no discussion about a protective petition or equitable tolling, the Court does not anticipate Williams will pursue either process. The Warden reported that missing record excerpts from

1 the state record will be located and presented to the Court in a supplemental lodgement by February 14,
2 2013. Neither party wished to be heard on any other issues regarding Phase II case management.
3    At the culmination of discussions on the foregoing matters, the Warden's counsel was excused
4 from the proceedings so the Court could discuss with Williams' counsel their proposal for a Phase II
5 budget. An order filed under seal authorizing a Phase II budget is filed concurrently herewith.

7 IT IS SO ORDERED.

9 Dated:   December 17, 2012
                                                                /s/ Lawrence J. O'Neill
10                                                             Lawrence J. O'Neill
                                                         United States District Judge