# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, Warden San Quentin California State Prison,<br><br>　　　　　Respondent. | Case No.: 1:12-cv-01344 LJO<br><br>ORDER GRANTING PETITIONERS APPLICATION FOR ORDER SHORTENING TIME REGARDING MOTION FOR EQUITABLE TOLLING |

This matter is before the Court on the unopposed application of Petitioner Dexter Williams ("Williams") to shorten the time between the filing of his motion for equitable tolling and the hearing on that motion. Williams' motion for equitable tolling was filed concurrently with the within application on July 9, 2013. He requests the hearing to be set for July 25, 2013.

Respondent Kevin Chappell, Warden of San Quentin California State Prison (the "Warden") does not oppose the application but through counsel has advised Williams he is not able to file his opposition to the motion sooner than July 24, 2013.

Although the Court is not persuaded that Williams was unable to prepare his equitable tolling motion two weeks ago, the Court is persuaded to grant the application, except as to the hearing date.

　　1. The hearing on the equitable tolling motion shall proceed telephonically at 8:15 a.m. on July 31, 2013;

1

OGrantOST4EqTollingMo-DWil

2. Williams' attorneys shall be responsible for arranging and initiating the call;

3. The Warden's opposition shall be filed electronically by July 23, 2013;

4. Williams' reply shall be filed electronically by 4:00 p.m. on July 25, 2013;

IT IS SO ORDERED.

Dated: July 10, 2013

/s/ Lawrence J. O'Neill
Lawrence J. O'Neill
United States District Judge

2

OGrantOST4EqTollingMo-DWil