SAOR E. STETLER (SBN194978)
Attorney at Law
PO Box 2189
Mill Valley, CA 94942
415-388-8924 Tel.
888-326-7101 Fax
Email: sstetler@earthlink.net

RICHARD G. NOVAK (SBN 149303)
Law Offices of Richard G. Novak
65 N. Raymond Ave., Suite 320
Pasadena, CA 91103
626-578-1175 Tel.
626-431-2535 Fax
Email: richard@rgnlaw.com

Attorneys for Petitioner Dexter Williams

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DEXTER WILLIAMS, </br></br> Petitioner, </br></br> vs. </br></br> KEVIN CHAPPELL, Warden, </br></br> Respondent. | **DEATH PENALTY CASE** </br></br> No. 1:12-cv-1344 LJO-SAB </br></br> ORDER GRANTING PETITIONER DEXTER WILLIAMS' UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO FILE STATE EXHAUSTION PETITION |

0089503

1  For the reasons stated in Petitioner's unopposed application for an extension of time to file his state exhaustion petition and for good cause shown, it is hereby ordered that the state exhaustion petition shall be filed no later than June 16, 2014.

IT IS SO ORDERED.

Dated: **May 16, 2014**

UNITED STATES MAGISTRATE JUDGE