UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER WILLIAMS<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, AS WARDEN OF SAN QUENTIN CALIFORNIA STATE PRISON,<br><br>Respondent. | Case No. 1:12-cv-01344 LJO-SAB<br><br>ORDER DIRECTING PETITIONER TO FILE QUARTERLY STATUS REPORTS REGARDING STATE EXHAUSTION PROCEEDINGS<br><br>ECF NO. 50 |

On March 24, 2014, the Court entered an order holding federal proceedings in abeyance during the pendency of state exhaustion proceedings to be undertaken by Petitioner Dexter Williams. (ECF No. 50.) In that order, Petitioner also was directed to file his state exhaustion petition within 60 days from the filing of the order.

On May 12, 2014, Petitioner filed an unopposed request to extend the due date for his state exhaustion petition up to and including June 16, 2014. The Court granted that request in an order filed May 19, 2014 (ECF No. 53). Since Petitioner has not filed a status report, the Court is unaware whether Petitioner complied with the May 19, 2014 order.

The Court now directs Petitioner to file quarterly status reports, December 1, March 1, June 1, and September 1 of each year as required by the March 24, 2014, order. As the June 1, 2014 due date has passed, Petitioner is directed to file his first status report no later than August

1

1  22, 2014, and then again on December 1, 2014, continuing with the original schedule set forth in
2  the March 24, 2014 order.

3
4       IT IS SO ORDERED.
5       Dated:   **August 15, 2014**
                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

2