# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DEXTER WILLIAMS,

Petitioner,

v.

SIRCOYA WILLIAMS, Warden of the California Medical Facility,

Respondent.[1]

Case No. 1:12-cv-01344-JLT

DEATH PENALTY CASE

ORDER DIRECTING THAT COUNSEL FOR PETITIONER FILE A STATUS REPORT

(30-Day Deadline)

On January 26, 2018, the Court issued an order relieving petitioner of the requirement that he file quarterly status reports on the progress of state exhaustion proceedings, and directing that he file a report of claim disposition within 30 days of the state supreme court's decision thereon. (Doc. 68). The Court provided therein that "[it] may from time to time order petitioner and/or respondent to apprise the Court of the status of the state proceedings." (*Id.*). Petitioner last updated the Court on the status of state proceedings on October 21, 2022. (Doc. 74).

Therefore, to ensure proper case management, the Court directs that counsel for petitioner FILE an updated report on the status of the state court proceedings by **not later than 30 days** following

[1] Petitioner is incarcerated at the California Medical Facility, Vacaville (CMF), in the care and custody of Warden Sircoya Williams. See https://ciris.mt.cdcr.ca.gov (last visited July 20, 2026). Pursuant to Federal Rule of Civil Procedure 25(d), Warden Williams is substituted as respondent in place of her predecessor wardens.

service of this order.

IT IS SO ORDERED.

Dated: _July 24, 2026_

UNITED STATES DISTRICT JUDGE